UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTA REYNOLDS and CRAIG REYNOLDS,

                      Plaintiffs,

        -against-

TARGET CORPORATION,

                      Defendant.
------------------------------------------------------------------X

**Civil Action**

**Case No.:**

**NOTICE OF REMOVAL**

Defendant, TARGET CORPORATION, by its attorneys, FISHMAN McINTYRE LEVINE SAMANSKY P.C., respectfully petitions the United States District Court, Southern District of New York, as follows:

1. This case was originally commenced on or about June 30, 2021 in the Supreme Court of the State of New York, County of Rockland. The suit is identified in the Supreme Court as *"Krista Reynolds and Craig Reynolds v. Target Corporation"* Index No. 33579/2021. True copies of plaintiffs' Summons and Verified Complaint are cumulatively annexed hereto as **Exhibit A**.

2. Defendant, Target Corporation, first received notice of the suit when service was effectuated via CT Corporation System (as registered agent) on or about July 6, 2021. (See **Exhibit B** hereto). The grounds for removal are based on the original jurisdiction of this Court under 28 U.S.C. § 1332, which allows this Court to hear matters based on diversity of citizenship of the parties.

3. In the Verified Complaint, plaintiff does not specify a monetary amount of damages claimed. Rather, plaintiff claims damages of a non-monetary amount as a result of allegedly sustaining "severe and permanent injuries" and having been "caused to be damaged in body and mind, [] rendered sick, sore, lame and disabled, [and] has been and will continue to be

1

obligated to incur and expend large sums of money for her medical care and attention." See **Exhibit A**, para. 10, 13.

4. By way of response by plaintiffs to Target Corporation's demand for a statement of damages, said response dated December 10, 2021 and received by the undersigned on December 16, 2021, plaintiffs demand damages in this case in the amount of $5,000,000.00. (See **Exhibit C** hereto).

5. Based upon the foregoing, there can be no doubt that the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

6. Plaintiffs are residents of the State of New York, County of Rockland (see Exhibit A hereto, plaintiffs' Summons and plaintiffs' Complaint, para. 1).

7. Moreover, on or about November 24, 2021, by response to Target's Request to Admit, plaintiff admits to having been a citizen of the State of New York as of the date of the subject occurrence as well as presently. (See **Exhibit D** hereto).

8. Target Corporation is a corporation, incorporated in the state of Minnesota. Moreover, Target Corporation has its principal place of business in Minneapolis, Minnesota. (See **Exhibit E** hereto).

9. Based upon the foregoing, diversity of citizenship exists. Plaintiffs are citizens of the State of New York. On the other hand, Target Corporation is a foreign business corporation, incorporated in and having its principal place of business in Minnesota. Therefore, this action is between citizens of the State of New York (plaintiffs) and a corporation of a state other than New York, defendant, Target Corporation.

10. Written notice of the filing of this Notice of Removal has been given to all parties in accordance with 28 U.S.C. §1446(d), as evidenced in the annexed Certificate of Service.

11. Promptly after filing this Notice with the Court and the assignment of a civil docket number, a copy of this Notice will be filed with the Supreme Court of the State of New York, County of Rockkland, in accordance with 28 U.S.C. §1446(d).

**WHEREFORE** Petitioner, Target Corporation, defendant in the action described herein now pending the Supreme Court of the State of New York, County of Rockland, under Index No. 33579/2021, prays that this action be removed therefrom to this Honorable Court.

Dated: New York, New York
December 29, 2021

Yours etc.,

_____
MITCHELL B. LEVINE
FISHMAN McINTYRE LEVINE SAMANSKY P.C.
Attorney for Defendant
TARGET CORPORATION
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 461-7190
Our File No.: TARN-190-ML

TO: KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
Attorneys for Plaintiffs
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
(201) 391-7000

3