UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KRISTA REYNOLDS,

                        Plaintiffs,

-against-

TARGET CORPORATION,

                        Defendant.
-----------------------------------------------------------------X

Case No.: 7:22-cv-00072 (PMH)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

**IT IS HEREBY FURTHER STIPULATED**, that a facsimile, photocopy or electronic version of this stipulation is deemed as good and sufficient as the original.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
         December 5, 2023

KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.

By: _____
Kate Carballo, Esq.
135 Chestnut Ridge Road
Suite 200
Montvale, New Jersey 07645
Email: kcarballo@kgglaw.com
*Attorney for Plaintiffs*

FISHMAN McINTYRE LEVINE
SAMANSKY, P.C.

By: _____
Mitchell B. Levine, Esq.
*Attorneys for Defendant*
TARGET CORPORATION
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 461-7190
Our File No.: TARN-190-ML

SO ORDERED.
_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         January 18, 2024